UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUSTIN MIGUES,

    Plaintiff,

v.

STATE FARM INSURANCE COMPANIES FIRE CLAIMS, et al.,

    Defendants.

Case No. 23-cv-00027-RS

**ORDER RE STATUS**

On March 17, 2023, defendant's motion to dismiss the complaint was granted. Plaintiff was given leave to file an amended complaint no later than April 21, 2023. Also on March 17, 2023, an order issued authorizing plaintiff to file electronically.

Plaintiff failed to file an amended complaint until May 4, 2023. While plaintiff did not seek leave to file late, in light of his pro se status, the complaint will be allowed and this action will not be dismissed at this juncture. Plaintiff is cautioned that he must comply with all deadlines in the future.

Under the rules, defendant's time to respond to the amended complaint would ordinarily expire 14 days after service. Because it may have been unclear whether plaintiff's untimely amended complaint would be effective, defendant's time to respond is hereby extended to May 25, 2023.[1]

---

[1] Plaintiff has contacted court staff to inquire about the status of an "appeal" he contends he filed. No notice of appeal appears in the docket, nor has any final order been issued in this action that

1   **IT IS SO ORDERED**.

3   Dated: May 16, 2023

_____
RICHARD SEEBORG
Chief United States District Judge

---

would be appealable. The order dismissing the original complaint provided leave to amend, and plaintiff elected to file an amended complaint, to which defendant will now have the opportunity to respond.

CASE NO. 23-cv-00027-RS

2