UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN MIGUES,<br><br>            Plaintiff,<br><br>   v.<br><br>STATE FARM INSURANCE COMPANIES FIRE CLAIMS, et al.,<br><br>           Defendants. | Case No. 23-cv-00027-RS<br><br>**JUDGMENT** |

Pursuant to the order granting defendant's motion to dismiss entered this date, judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated: July 6, 2023

_____
RICHARD SEEBORG
Chief United States District Judge